**Order filed, October 08, 2014.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-14-00481-CV
_____

### LUCIDALIA CHAVEZ, Appellant

### V.

### WALTER CHAVEZ, Appellee

---

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-60726**

---

## ORDER

The reporter's record in this case was due **July 15, 2014**. *See* Tex. R. App. P. 35.1. On **August 21, 2014**, this court issued an order for Delores Johnson to file the reporter's record on or before **September 22, 2014**. On **September 24, 2014**, the court reporter filed a motion for extension of time to file the record which was granted until **September 29, 2014**. This court received a record from the court reporter on **September 29, 2014,** which was rejected because it was not in a PDF searchable format. The court has not received an additional request to extend time

for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Delores Johnson**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM